# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER,<br><br>　　　　　　Plaintiff,<br>　vs.<br>LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, et al.,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV F 09-1019 LJO SMS<br><br>**ORDER ON OPPOSITION PAPERS**<br>(Docs. 8-10.) |

On June 18, 2009, defendant Laborers Funds Administrative Office of Northern California filed papers to oppose plaintiff Fresno Community Hospital and Medical Center's petition to compel arbitration. No proper motion filed pursuant to Local Rule 78-230 is pending before this Court. Until a proper motion is filed, this Court will take no action on plaintiff's petition and will disregard defendant's opposition papers. This Court will address the arbitration issue pursuant to a proper motion filed and set pursuant to Local Rule 78-230. This Court ADMONISHES the parties to comply with this Court's standing order and Local Rules and the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

**Dated:　June 22, 2009**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1