# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 09-1019 LJO SMS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 19.) |

Counsel for defendant/respondent filed a notice of settlement of this action. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than September 23, 2009, to file papers to dismiss this action in its entirety.

This Court VACATES all court dates and pending matters, including the October 19, 2009 status conference.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   August 19, 2009**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE