1  Susan J. Olson, SBN 152467
   E-Mail: susan.olson@bullivant.com
2  Peter Roldan, SBN 227067
   E-Mail: peter.roldan@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Petitioner Laborers Funds
   Administrative Office of Northern California,
7  Dba Laborers Health & Welfare Trust Fund
   for Northern California, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER, dba UNIVERSITY MEDICAL CENTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LABORERS FUNDS ADMINISTRATIVE OFFICE OF NORTHERN CALIFORNIA, dba LABORERS HEALTH & WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, INC.,<br><br>　　　　Defendant. | Case No.: 1:09-CV-01019-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Petitioner Fresno Community Hospital and Medical Center and Respondent Laborers Funds Administrative Office of Northern California, through their respective counsel, that this action be dismissed, with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

– 1 –

each party to bear its own attorneys' fees and costs.

DATED: September 8, 2009

                                STEPHENSON, ACQUISTO & COLMAN

                                By       /s/
                                     David W. Lamb

                                Attorneys for Petitioner Fresno Community Hospital and Medical Center

DATED: September 9, 2009

                                BULLIVANT HOUSER BAILEY PC

                                By       /s/
                                     Susan J. Olson
                                   Peter Roldan

                                Attorneys for Respondent Laborers Funds Administrative Office of Northern California

## **ORDER**

The parties having so stipulated and good cause appearing:

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

DATED: September 9, 2009

                                By /s/ Lawrence J. O'Neill
                                  HON. LAWRENCE J. O'NEILL
                                  UNITED STATES DISTRICT JUDGE

11873788.1